IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; MARICOPA AUDUBON SOCIETY, <br><br> Petitioners, <br><br> v. <br><br> RANDY MOORE, *Chief, U.S. Forest Service*; DEB HAALAND, Secretary, *U.S. Department of the Interior*; MARTHA WILLIAMS, *Acting Director, U.S. Fish and Wildlife Service*, <br><br> Respondents. | Civ. No. 2:21-cv-00733-CG-SMV |

**NOTICE OF GOOD STANDING**

Pursuant to D.N.M.LR-Civ 83.3(a)(1), I, Douglas W. Wolf, an attorney who is admitted to practice in the United States District Court for the District of New Mexico, hereby certifies that both Elizabeth L. Lewis and William S. Eubanks are members in good standing of the Bar of the District of Columbia; that I will accept service; and that I will continue in this action unless another member of the Federal Bar of the District of New Mexico is substituted.

Respectfully submitted,

*/S/ DOUGLAS W. WOLF*
DOUGLAS W. WOLF
NM Bar No. 7473
3191 La Avenida de San Marcos
Santa Fe, NM 87507
Phone: (703) 994-1309
dwwolf@aol.com

*Counsel for Petitioners*

**CERTIFICATE OF SERVICE**

I, Douglas W. Wolf, hereby certify that on August 5, 2021, I electronically filed the foregoing Notice of Good Standing using the CM/ECF system, which caused all parties or counsel to be served by electronic means.

Respectfully submitted,

*/S/ DOUGLAS W. WOLF*
DOUGLAS W. WOLF