IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; MARICOPA AUDUBON SOCIETY,<br><br>       *Petitioners*,<br><br>v.<br><br>RANDY MOORE, Chief, U.S. Forest Service; DEB HAALAND, Secretary, U.S. Department of the Interior; MARTHA WILLIAMS, Acting Director, U.S. Fish and Wildlife Service,<br><br>       *Federal Respondents*. | Case No. 2:21-cv-00733-MV-SMV |

### **ORDER**

Upon consideration of Petitioners' Consent Motion for an Expansion of the Word Limit for Petitioners' Opening Brief, it is this 23rd day of December, 2021, hereby

ORDERED that Petitioners' motion is granted, and it is further

ORDERED that Petitioners and Federal Respondents may file their respective principal briefs of up to 16,000 words.

_____
The Honorable Stephan M. Vidmar

Submitted by:

*/s/ Elizabeth L. Lewis*
ELIZABETH L. LEWIS
EUBANKS & ASSOCIATES, PLLC

*Counsel for Petitioners*

Approved by:

*/s/electronically approved on 12/23/2021*

Andrew A. Smith
Environment & Natural Resources Division
U.S. Department of Justice

*Counsel for Federal Respondents*