IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; MARICOPA AUDUBON SOCIETY,<br><br>      *Petitioners*,<br><br>v.<br><br>RANDY MOORE, Chief, U.S. Forest Service; DEB HAALAND, Secretary, U.S. Department of the Interior; MARTHA WILLIAMS, Acting Director, U.S. Fish and Wildlife Service,<br><br>      *Federal Respondents*. | Case No. 2:21-cv-00733-MIS-SMV |

### **ORDER**

Upon consideration of Petitioners' Consent Motion for an Expansion of the Word Limit for Petitioners' Reply Brief, it is this 8th day of April, 2022, hereby

ORDERED that Petitioners' motion is granted, and it is further

ORDERED that Petitioners may file their reply brief of up to 8,000 words.

_____
The Honorable Stephan M. Vidmar
United States Magistrate Judge

Submitted by:

*/s/ William S. Eubanks II*
William S. Eubanks II
Eubanks & Associates, PLLC

*Counsel for Petitioners*

Approved as to form by:

*Counsel listed below (with permission)*

Andrew A. Smith
Environment & Natural Resources Division
U.S. Department of Justice

*Counsel for Respondents*